IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RAFAEL GARCIA-OBANDO,

Petitioner,

v.

Civil Action No. 2:26-cv-409

WARDEN, FARMVILLE DETENTION CENTER, *et al*.

Respondents.

**FINAL ORDER**

Rafael Garcia-Obando ("Petitioner"), a detainee of the United States Immigration and Customs Enforcement ("ICE"), filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, alleging that he has been unlawfully detained at the Farmville Detention Center because has been refused a bond hearing as required by 8 U.S.C. § 1226. Dkt. No. 1.

The Respondents filed a Motion to Dismiss indicating that an Immigration Judge entered a final order of removal for Petitioner, and that Petitioner did not appeal the order of removal to the Board of Immigration Appeals. Dkt. No. 11-1 ¶¶ 11–13. Accordingly, the Respondents argue that Petitioner's detention is now mandatory under 8 U.S.C. § 1231. Dkt. No. 11 at 1–2.

Given that Petitioner is subject to a final order of removal, he is ineligible for a bond hearing under 8 U.S.C. § 1226. Petitioner's detention is therefore required under 8 U.S.C. § 1231(a)(2)(A) prior to his removal. The Court cannot grant the Petitioner the relief he requested in his Petition, and therefore the Petition, Dkt. No. 1, must be DISMISSED. The Court permits the Respondents to remove Petitioner from this district.

The Clerk is DIRECTED to forward a copy of this Final Order to Petitioner's last known address and to counsel of record for Respondents.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: July 28, 2026